**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ALVIN A. GROGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-02-815-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered September 27, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, Plaintiff's application for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is GRANTED and Plaintiff is AWARDED $10,573.60 as reasonable attorney's fees incurred herein, payable to Plaintiff's attorney.

**IT IS SO ORDERED this 18th day of October, 2005.**

_DAVID L. RUSSELL_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE