**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALVIN A. GROGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV-02-815-R** |
| | ) | |
| **LINDA S. McMAHON, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Valerie K. Couch entered January 29, 2007 [Doc. No. 60]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, Plaintiff's Attorney's Motion for an Award of Attorneys Fees under 42 U.S.C. § 406(b) [Doc. No. 54], filed as a motion for relief from the prior judgment pursuant to F.R.Civ.P. 60(b)(6), is GRANTED, and Plaintiff is awarded attorney fees in the amount of $17,646.63 pursuant to 42 U.S.C. § 406(b) for Plaintiff's legal representation before this Court, which fees are payable to Plaintiff's counsel of record, Gale L. Troutman. Upon payment of the § 406(b) fee award, the EAJA fee award, paid to Plaintiff's counsel pursuant to the Court's prior judgment, must be refunded to Plaintiff Alvin A. Grogan. Plaintiff's Attorney's Motion to Dismiss Motion to Stay as Moot [Doc. No. 59] is GRANTED.

**It is so ordered this 21st day of February, 2007.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE